■ AMGAD S. GARAS, Appellant, v JAMES COOK, III, et al., Respondents. [994 NYS2d 540]—

Order, Supreme Court, Bronx County (Sharon A.M. Aarons, J.), entered May 2, 2013, which granted defendants' motion for summary judgment dismissing the complaint on the ground that it is barred by collateral estoppel, unanimously affirmed, without costs.

The court properly found that plaintiff Garas's claim against defendants is barred by collateral estoppel (*see Kaufman v Eli Lilly & Co.*, 65 NY2d 449, 455 [1985]; *Schwartz v Public Adm'r of County of Bronx*, 24 NY2d 65, 72 [1969]). The record demonstrates that Garas was afforded a full and fair opportunity to contest the issue of defendant Cook's alleged negligence in the occurrence of the subject accident, in both the New Jersey Superior Court action, in which the court granted these defendants summary judgment, finding that Garas's actions were the sole proximate cause of the accident, and in the Department of Motor Vehicle administrative hearing, in which the Administrative Law Judge came to the same conclusion.

We have considered plaintiffs remaining arguments and find them unavailing. Concur—Mazzarelli, J.P., Acosta, DeGrasse and Clark, JJ.